FILED
14-0471
1/29/2015 5:18:12 PM
tex-3956643
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

No. 14-0471

In the Supreme Court of Texas

*In re Taymax Fitness, LLC; SP Pavilions, LLC; RPD Property Management Company, LLC; and Executive Security Systems, Inc. of America,*

---

Original Proceeding from the
Court of Appeals for the Fourth District of Texas
at San Antonio
Cause No. 04-14-00119-CV

---

**Relator Taymax Fitness, LLC's Unopposed
Motion to Dismiss**

---

To the Honorable Supreme Court of Texas:

Relator Taymax Fitness, LLC has resolved by settlement all claims against it by all plaintiffs in the underlying trial court action. The District Court has dismissed all claims and causes of action against Taymax Fitness, LLC in Cause No. 2012-CI-01966, in the 288th Judicial District Court in Bexar County. Relator Taymax Fitness, LLC moves to dismiss this original proceeding.

The Petition for Writ of Mandamus in this original proceeding was filed by Taymax Fitness, LLC and other Relators, including SP Pavilions, LLC,

1

RPD Property Management Company, LLC, and Executive Security Systems, Inc. of America. Taymax Fitness, LLC was the only Relator to file a Brief on the Merits. Counsel for SP Pavilions, LLC, RPD Property Management Company, LLC and Executive Security Systems have confirmed that they are not opposed to the dismissal of this original proceeding.

Respectfully submitted,

/s/ Amie P. Fordan

**Amie P. Fordan**
Texas Bar No. 24036580
amie.fordan@tbjbs.com
**R. Wayne Gordon**
Texas Bar No. 08206500
wayne.gordon@tbjbs.com
**TOUCHSTONE, BERNAYS, JOHNSTON, BEALL, SMITH & STOLLENWERCK, L.L.P.**
4040 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2196
214.741.1166
214.741.7548 fax
*and*
**Henry B. Gonzalez III**
Texas Bar No. 00794952
hbg@gcaklaw.com
**GONZALEZ, CHISCANO, ANGULO & KASSON, P.C.**
613 N.W. Loop 410, Suite 800
San Antonio, Texas 78216
210.569.8500
210.569.8490 fax
**Attorneys for Relator Taymax Fitness, LLC**

2

## Certificate of Conference

This is to certify that the undersigned has conferred with Bryan Rutherford, counsel for Relators SP Pavilions, LLC and RPD Property Management Company, LLC, and Larry Grayson, counsel for Executive Security Systems, Inc. of America, by e-mail, and counsel have indicated that the other Relators are not opposed to the relief sought in this Motion. The undersigned has also conferred with counsel for Real Parties in Interest, and all Real Parties are unopposed to the relief sought in this Motion.

/s/ Amie P. Fordan
Amie P. Fordan

## Certificate of Service

The undersigned attorney certifies that true and correct copies of the foregoing *Motion to Dismiss* were served on the following parties in accordance with the Texas Rules of Appellate Procedure on January 29, 2014, in the manner indicated below:

| *Via CMRRR:* | *Via CMRRR:* |
|---|---|
| The Honorable David A. Canales | Yu Masaki |
| 73rd Judicial District Court | TDCJ #01871433 |
| Bexar County Courthouse | Jester IV Unit |
| 100 Dolorosa, 2nd floor | 4 Jester Road |
| San Antonio, Texas 78205 | Richmond, Texas 77406 |
| **Respondent** | **Defendant** *pro se* |

| | | |
|---|---|---|
| *Via eFiling:*<br>Gerald T. Drought<br>GDrought@MDTlaw.com<br>MARTIN & DROUGHT, P.C.<br>Bank of America Plaza, 25th Floor<br>300 Convent Street<br>San Antonio, Texas 78205<br>**Attorneys for Real Party Michelle Montemayor a/n/f Jordan Escamilla** | | *Via eFiling:*<br>Fidel Rodriguez, Jr./Manuel Maltos<br>fidel@fidrodlaw.com<br>mmaltos@fidrodlaw.com<br>LAW OFFICES OF FIDEL RODRIGUEZ, JR.<br>111 Soledad, Suite 1300<br>San Antonio, Texas 78212<br>**Attorneys for Real Parties Leticia Rodriguez and Pablo Escamilla** |
| *Via eFiling:*<br>Daniel J. T. Sciano<br>Lawrence J. Webb<br>dsciano@tsslawyers.com<br>lwebb@tsslawyers.com<br>TINSMAN & SCIANO, INC.<br>10107 McAllister Freeway<br>San Antonio, Texas 78216<br>*-and-*<br>R. Blake Zuber<br>bzuber@brinandbrin.com<br>BRIN & BRIN, P.C.<br>6223 IH 10 West<br>San Antonio, Texas 78201<br>**Attorneys for Real Party Margaret McCombs** | | *Via eFiling:*<br>Mark R. Stein<br>mstein@asdh.com<br>Allen, Stein & Durbin, P.C.<br>6243 IH-10 West, 7th Floor<br>P.O. Box 101507<br>San Antonio, Texas 78201<br>*and*<br>Amy S. Harris/Bryan Rutherford<br>aharris@Macdonalddevin.com<br>brutherford@Macdonalddevin.com<br>Macdonald Devin, PC<br>3800 Renaissance Tower<br>1201 Elm Street<br>Dallas, Texas 75270<br>**Attorneys for Relators SP Pavilions, LLC and RPD Property Management Company, LLC** |

| | |
|---|---|
| *Via eFiling:*<br>Darrell L. Barger<br>dbarger@hdbdlaw.com<br>Hartline Dacus Barger Dreyer LLP<br>800 N. Shoreline Blvd.<br>Suite 2000 North Tower<br>Corpus Christi, Texas 78401<br><br>Larry D. Grayson<br>lgrayson@hdbdlaw.com<br>Hartline Dacus Barger Dreyer LLP<br>8750 N. Central Expressway<br>Suite 1600<br>Dallas, Texas 75231<br>**Attorneys for Relator Executive Security Systems, Inc. of America** | *Via eFiling:*<br>Robert G. Newman<br>Robert.newman @nortonrosefulbright.com<br>Fulbright & Jaworski, LLP<br>300 Convent Street, Suite 2100<br>San Antonio, Texas 78205<br>**Attorneys for Amicus Curiae** |

/s/ Amie P. Fordan
      **Amie P. Fordan**